UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>               Plaintiff,<br><br>    v.<br><br>GODINEZ, et al.,<br><br>               Defendants. | No.: 1:19-cv-00078 BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA |

      Plaintiff Tony Asberry, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this case by filing a complaint on January 17, 2019, which appears to be undated and unsigned. (Doc. No. 1.) Plaintiff has also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. No. 2.)

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      In this case, Plaintiff alleges a violation of his civil rights by defendants employed at Richard J. Donovan Correctional Facility, located in San Diego County, California, when he was

housed at that institution. None of the defendants reside in this district, and the claim arose in San Diego County, which is in the Southern District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Southern District of California.

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court for the Southern District of California; and

2. The Court will not rule on Plaintiff's pending motion.

IT IS SO ORDERED.

Dated: **January 22, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE